IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


ANGELA M. FARLEY                                                              PLAINTIFF


v.                              NO. 3:18-cv-00053 PSH


NANCY A. BERRYHILL, Acting Commissioner                                       DEFENDANT
of the Social Security Administration


ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to reverse and remand. See Docket Entry 15. In the motion, the Commissioner asks that this case be reversed and remanded to allow her to conduct "further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g)." See Docket Entry 15 at CM/ECF 2. The Commissioner represents, and the Court accepts as true, that the attorney for plaintiff Angela M. Farley ("Farley") does not oppose the granting of this motion.

For good cause shown, the motion to reverse and remand is granted. This case is reversed and remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. The dismissal of this case is without prejudice to Farley's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED this 7th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE