IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA M. FARLEY                                          PLAINTIFF

v.                  NO. 3:18-cv-00053 PSH

NANCY A. BERRYHILL, Acting Commissioner           DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Angela M. Farley.

IT IS SO ORDERED this 7th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE