IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA FARLEY                                                                          PLAINTIFF

v.                              NO. 3:18-cv-00053 PSH

NANCY A. BERRYHILL, Acting Commissioner                                DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Angela Farley ("Farley") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 18. In the motion, she seeks attorney's fees in the amount of $3,409.25 and expenses in the amount of $40.14, or a total amount of $3,449.39. The Acting Commissioner of the Social Security Administration ("Commissioner") has no objection to Farley's request.

The Court has reviewed the motion for an award of attorney's fees and other expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $3,449.39 are awarded Farley. Because the award belongs to Farley and not her attorney, see Astrue v. Ratliff, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Farley, in care of her attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 11th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE